**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROBERT MELNYK, | 1:06-01869-AWI-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE, AND SEND NOTICE OF NEW CASE NUMBER |
| vs. | |
| CAL. NORTH KERN STATE PRISON, et al., | |
| Defendants. | |

On December 22, 2006, plaintiff Richard Robert Melnyk filed the complaint upon which this action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement, and plaintiff is not incarcerated in a California state prison. Therefore, the Clerk of the Court is DIRECTED to:

1. Change the designation of the present case to reflect that of a regular civil action; and
2. Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:   January 29, 2007**            /s/ Lawrence J. O'Neill
b6edp0                                                UNITED STATES MAGISTRATE JUDGE