**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MELNYK,<br><br>         Plaintiff,<br><br>    vs.<br><br>CAL. NORTH KERN STATE PRISON,<br>et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 06-1869 AWI LJO<br><br>**ORDER TO: (1) SUBMIT APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES; OR (2) TO PAY $350 FILING FEE** |

Plaintiff Richard Melnyk ("plaintiff") proceeds pro se in this action. Plaintiff filed his complaint and but neither filed an application to proceed without prepayment of fees nor to paid the $350 filing fee. As such, plaintiff must either: (1) file a fully completed Application To Proceed Without Prepayment of Fees and Affidavit; (2) pay the $350 filing fee; or (3) inform this Court that he no longer wishes to proceed with this action. *See* 28 U.S.C § 1915(a)(2).

Accordingly, this Court ORDERS:

1. This Court's clerk to send to plaintiff a form Application To Proceed Without Prepayment of Fees and Affidavit; and

2. Plaintiff, no later than February 12, 2007, either to: (a) submit a fully completed Application To Proceed Without Prepayment of Fees and Affidavit; (b) pay the $350 filing fee for this action; or (c) inform the Court that plaintiff no longer wishes to proceed with this action.

1

**Failure to timely comply with this order will result in a recommendation to dismiss this action.  This Court will take no action on plaintiff's claims or papers until he complies with this order.**

IT IS SO ORDERED.

**Dated:   February 1, 2007**             /s/ Lawrence J. O'Neill
66h44d                                        UNITED STATES MAGISTRATE JUDGE