IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MELNYK, | CASE NO. CV F 06-1869 AWI LJO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| vs. | |
| CAL. NORTH KERN STATE PRISON, et al., | |
| Defendants. | |

Plaintiff Richard Melnyk ("plaintiff") proceeds pro se in this action. This Court issued its February 1, 2007 order to require plaintiff, no later than February 12, 2007, to: (a) submit a fully completed Application To Proceed Without Prepayment of Fees and Affidavit; (b) pay the $350 filing fee for this action; or (c) inform the Court that plaintiff no longer wishes to proceed with this action. Plaintiff has failed to comply with the February 12, 2007 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS plaintiff, no later than February 28, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to comply with the February 12, 2007 order.

**Plaintiff's failure to comply with this order will be further grounds to recommend to dismiss this action. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:   February 14, 2007                    /s/ Lawrence J. O'Neill**

1

1   66h44d                          UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28