# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROBERT MELNYK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAL. NORTH KERN STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:06-cv-1869 LJO NEW (TAG)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br>(Doc. 19) |

　　　Plaintiff Richard Robert Melnyk, a former inmate of the North Kern State Prison, filed a pro se civil rights complaint alleging that his constitutional rights were violated when, upon his transfer to a pre-trial detention facility to await the reversal of his conviction, Defendants refused to return the moneys he had accumulated in his prison trust account. (Doc. 1). On March 30, 2007, the Magistrate Judge screened Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915A and (e)(2)(B), found that Plaintiff had failed to state a claim upon which relief could be granted, and directed him to file an amended complaint within thirty days. (Doc. 15). Plaintiff did not file an amended complaint.

　　　On May 11, 2007, the Magistrate Judge filed a report and recommendation, recommending that this case be dismissed due to Plaintiff's failure to obey a court order and to prosecute this action. (Doc. 19). This document was served on Plaintiff and contained notice that any objections were to be filed within fifteen (15) days of the date of service. To date Plaintiff has not objected to the report and recommendation.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

1  Having carefully reviewed the entire file, the Court finds the report and recommendation filed on
2  May 11, 2007, to be supported by the record and by the Magistrate Judge's analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.  The report and recommendation (Doc. 19), filed May 11, 2007, is ADOPTED IN FULL;
5      2.  Plaintiff's civil rights action is DISMISSED WITH PREJUDICE for failure to comply
6  with the Court's March 30, 2007, order (Doc. 15); and
7      3.  The Clerk of Court is DIRECTED to close this case.

10  IT IS SO ORDERED.
11  **Dated:     June 5, 2007**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE